JUSTICE WHEAT,
dissenting.
¶15 I would grant Petitioners’request to strike LR-126 from the ballot. It is undeniable that same day voter registration has absolutely *7 nothing to do with compliance with the NVRA. Thus, the statement in the title of LR-126 to the contrary is a fatal defect that cannot be cured. The Legislature was made aware of this defect by the Secretary of State, and others, while Senate Bill 405 (LR-126 in legislative bill draft form) was working its way through the legislative process. In spite of these warnings, the Legislature passed Senate Bill 405 with the defective, misleading language in the title.
¶16 It now will go back to the Attorney General to revise the ballot statement “to clarify that the NVRA does not require elimination of election-day voter registration.” I am skeptical that the defect can be cured, but anxious to see how the Attorney General works his magic. Of course, Petitioners will have to review the revised ballot statement to determine whether they believe the defect has been cured.
/S/ MICHAEL E WHEAT